Lorinda Meier Youngcourt
Trial Attorney, Indiana Bar 14411-49
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700 | Spokane, WA 99201
(509) 624-7606 | Lorinda_Youngcourt@fd.org
Counsel for Quincy Nolance Leafstedt

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
Hon. David C. Nye

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Quincy Nolance Leafstedt,<br><br>Defendant. | No. 2:22-cr-109-DCN<br>2:21-cr-337-DCN<br><br>Motion to Continue Pretrial and Trial and Supervised Release Dates |

QUINCY NOLANCE LEAFSTEDT respectfully moves the Court for a 60-day continuance of all pretrial and trial deadlines and the supervised release hearing. This is Mr. Leafstedt's first request for a continuance.

A grand jury indicted Mr. Leafstedt on May 17, 2022, with Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) and 2256(8)(A) and (b)(1)(A). ECF No. 1. He was arraigned on November 16, 2021. ECF No. 6. Mr. Leafstedt remains in federal custody.

The trial and supervised release hearing are currently set for August 1, 2022 at 1:30 p.m. in Coeur d'Alene, Idaho. A telephonic pretrial conference is set for July 19, 2022.

Motion to Continue Trial and Extend Pretrial Motions Deadline - 1

Mr. Leafstedt requests a continuance in order to conduct a thorough investigation, interview witnesses, research defenses, draft motions, and otherwise prepare for trial. More time is needed to receive additional discovery, review discovery, including an audio file.

Assistant United States Attorney Michael Mitchell was contacted in regard to a continuance. The government does not oppose the Motion.

Additionally, on June 22, 2022, undersigned counsel met with Mr. Leafstedt at the Bonner County Jail and advised him of his right to a speedy and public trial. Mr. Leafstedt agrees more time is necessary to prepare his case for trial and requested counsel file this motion.

Here, a valid basis for a trial continuance exists, and the ends of justice will be served by granting a continuance, which outweighs the interests of the public and Mr. Leafstedt in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Notably, denying a continuance would not only result in a miscarriage of justice, but also deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(H)(7)(B)(i), (iv).

Therefore, Mr. Leafstedt respectfully requests that the Court take the following actions:

1) Continue the supervised release hearing, all pretrial and trial deadlines in this matter by a period of at least 60 days, or thereabouts;

2) Exclude all appropriate time under the Speedy Trial Act.

Dated: June 28, 2022

Motion to Continue Trial and Extend Pretrial Motions Deadline - 2

Respectfully Submitted,

*/s/Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700 | Spokane WA 99201
(509) 624-7606 | Lorinda_Youngcourt@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Michael Mitchell, Assistant United States Attorney.

*/s/Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700 | Spokane WA 99201
(509) 624-7606 | Lorinda_Youngcourt@fd.org